| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)*            Chapter    **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Geralex, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA GERALEX JANITORIAL SERVICES** <br> **DBA Geralex Janitorial Services** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4537791** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **1100 W. Cermak Rd.** <br> **Suite B114** <br> **Chicago, IL 60608-4565** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **Chicago, IL 60608** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **GERALEXINC.COM** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: |

Debtor  **Geralex, Inc.**  _____  Case number (*if known*)_____
      Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
      **7349**

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

      ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

      ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No
   ☐ Yes.

   List all cases. If more than 1, attach a separate list

   Debtor _____  Relationship to you _____
   District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Geralex, Inc.** _____   Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name     _____
         Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Geralex, Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 26, 2016**
MM / DD / YYYY

X **/s/ Alejandra Alvarado**     **Alejandra Alvarado**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ William J. Factor**     Date **February 26, 2016**
Signature of attorney for debtor     MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **312-878-0969**     Email address **jpaulsen@wfactorlaw.com**

**6205675**
Bar number and State

Debtor  **Geralex, Inc.**                                          Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/26/16
              MM / DD / YYYY

X _/s/ Alejandra Alvarado_                          Alejandra Alvarado
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**    X _____         Date _____
                                 Signature of attorney for debtor         MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  312-878-0969       Email address  jpaulsen@wfactorlaw.com

**6205675**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Geralex, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/26/16    X _____
                            Signature of individual signing on behalf of debtor

                         **Alejandra Alvarado**
                         Printed name

                         **President**
                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Geralex, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Ally Financial** PO Box 9001948 Louisville, KY 40290-1948 | | **Vehicle Loan** | | $19,118.59 | $0.00 | $19,118.59 |
| **Byline Bank** 180 N. LaSalle St. Chicago, IL 60601 | | **All inventory, equipment, accounts, general intangibles and related property** | | $50,931.41 | $0.00 | $50,931.41 |
| **Gerardo Alvarado** | | **Loan** | | | | $5,000.00 |
| **Glenview State Bank** 800 Waukegan Rd. Glenview, IL 60025 | | **Vehicle Loan** | | $39,326.26 | $0.00 | $39,326.26 |
| **Illinois Department of Revenue** PO Box 19305 Springfield, IL 62794 | | **Taxes due for 2014** | **Disputed** | | | $5,520.00 |
| **IRS** Department of the Treasury Internal Revenue Service Cincinnati, OH 45999 | | **2014** | **Disputed** | | | $14,704.47 |
| **Local S.E.I.U Welfare Fund, et al.** c/o Robert B. Greenberg, Attorney 200 W. Jackson Boulevard, Ste. 1900 Chicago, IL 60606 | | **Amount claimed is $227,928.33, and there is a potential liability of $35,000.00 plus attorneys' fees for a total of $45,000.00.** | **Unliquidated Disputed** | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Geralex, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lynn Grande**<br>**c/o Barry G. Doyle, Attorney**<br>**15255 94th St, 5th Floor**<br>**Orland Park, IL 60462** | | **Potential litigation liability of $50,000 to $250,000, potentially covered by insurance.** | **Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Nicole Caliendo**<br>**c/o Brian J. McManus, Attorney**<br>**30 N. LaSalle, 2126**<br>**Chicago, IL 60602** | | **Potential liability of $50,000 to $250,000, potentially covered by insurance.** | **Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Peoples Gas**<br>**PO Box 19100**<br>**Green Bay, WI 54307-9100** | | | | | | **$88.00** |
| **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** | | | | | | **$1,082.03** |
| **The Hartford**<br>**The Hartford Financial Services Grp**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** | | | | | | **$432.24** |
| **The Home Depot**<br>**PO BOX 790328**<br>**St. Louis, MO 63179** | | | | | | **$24.00** |
| **The International Business Law Grp.**<br>**150 N. Michigan Ave.**<br>**Suite 3680**<br>**Chicago, IL 60601** | | | | | | **$203,308.01** |
| **Travelers**<br>**Travelers CL Remittance Center**<br>**PO BOX 660317**<br>**Dallas, TX 75266-0317** | | | | | | **$1,724.00** |
| **Unicom**<br>**12560 S Holiday Dr.**<br>**Building C**<br>**Alsip, IL 60803** | | | | | | **$389.87** |
| **Visa**<br>**PO BOX 6492**<br>**Carol Stream, IL 60197** | | **Geralex Business Card** | | | | **$12,599.00** |

Debtor **Geralex, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yesenia Oquendo and other plaintiff c/o Jeffrey Grant Brown, Attorney 221 North LaSalle St., Suite 1414 Chicago, IL 60601** | | **FLSA suit - attorneys' fee request of $102,360.59 pending. There is also a potential substantive liability and offers of judgment** | **Unliquidated Disputed** | | | $102,360.59 |

Alajandra Alvarado
1100 W. Cermak
Chicago, IL 60608

Alejandra & Gerardo Alvarado
1100 W. Cermak Rd.
Chicago, IL 60608

Alejandra Alvarado
807 W 14th Pl.
Unit 1B
Chicago, IL 60608-2246

Alejandra Alvarado
807 W. 14th Pl.
Unit 1B
Chicago, IL 60608-2246

Ally Financial
PO Box 9001948
Louisville, KY 40290-1948

Barbara Pfneisel
c/o Brian J. McManus, Attorney
30 N. Lasalle, 2126
Chicago, IL 60602

Byline Bank
180 N. LaSalle St.
Chicago, IL 60601

Byline Bank
3639 N. Broadway St.
Chicago, IL 60613

Cermak & Racine Properties, LLC
1100 W. Cermak Rd.
Chicago, IL 60608

David Hill, Chicago Real Value Fund
5431 N. Kildare Ave
Chicago, IL 60630-1792

Gerardo Alvarado

Gerardo Alvarado
1100 W. Cermak
Chicago, IL 60608


Glenview State Bank
800 Waukegan Rd.
Glenview, IL 60025


Hansen Cochrane & Reed, LTD.
60 Revere Dr.
Suite 960
Northbrook, IL 60062


Illinois Department of Revenue
PO Box 19305
Springfield, IL 62794


IRS
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Local S.E.I.U Welfare Fund, et al.
c/o Robert B. Greenberg, Attorney
200 W. Jackson Boulevard, Ste. 1900
Chicago, IL 60606


Lynn Grande
c/o Barry G. Doyle, Attorney
15255 94th St, 5th Floor
Orland Park, IL 60462


Nicole Caliendo
c/o Brian J. McManus, Attorney
30 N. LaSalle, 2126
Chicago, IL 60602


Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100


Sprint
PO Box 4191
Carol Stream, IL 60197-4191

T-Mobile
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410


Tennant
12875 Ransom St.
Holland, MI 49424


The Hartford
The Hartford Financial Services Grp
One Hartford Plaza
Hartford, CT 06155


The Home Depot
PO BOX 790328
St. Louis, MO 63179


The International Business Law Grp.
150 N. Michigan Ave.
Suite 3680
Chicago, IL 60601


The Standard Companies
2601 S. Archer Ave
Chicago, IL 60608


Travelers
Travelers CL Remittance Center
PO BOX 660317
Dallas, TX 75266-0317


Unicom
12560 S Holiday Dr.
Building C
Alsip, IL 60803


Visa
PO BOX 6492
Carol Stream, IL 60197


Yesenia Oquendo and other plaintiff
c/o Jeffrey Grant Brown, Attorney
221 North LaSalle St., Suite 1414
Chicago, IL 60601