UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-06479 |
| Geralex, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Fourth and Final Application for Allowance of Fees for Accountants to the Debtor

This matter coming to be heard on the fourth and final application (the "Application") for allowance of fees for accountants to the debtor, the Court having good and proper jurisdiction over this matter, notice of the Application being sufficient under the circumstances and no further notice being required, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Application is granted as provided herein;

2. Vidal & Associates, Ltd. and Gustavo Vidal (the "Applicant") hereby are awarded and allowed fees in the amount of $3,776.25 for services rendered to Geralex, Inc., the debtor and debtor-in-possession in this case, for services rendered from February 1, 2017 through March 30, 2017, which Allowed Compensation shall be allowed costs of administration under 11 U.S.C. § 503(b)(2);

3. The Court hereby allows on a final basis fees and expenses for Applicant in the amounts of $19,960 , for the period from February 26, 2016 through March 30, 2017 (the "Final Allowed Compensation), which Final Allowed Compensation and Expenses are allowed costs of administration under 11 U.S.C. § 503(b)(2).

3. Geralex, Inc., as reorganized debtor is authorized to pay the Applicant the Allowed Compensation as provided for in the confirmed plan of reorganization.

Enter: *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 22, 2017

**Prepared by:**

William J. Factor (6205675)
Z. James Liu (6313367)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
 jliu@wfactorlaw.com