UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Geralex, Inc.,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-06479<br><br>Chapter: 11<br>Honorable Pamela S. Hollis |

**ORDER GRANTING FACTORLAW'S SECOND AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on FactorLaw's Second and Final Application for Compensation and Reimbursement of Expenses (the "Application"), and it appearing that (a) the Court has jurisdiction to consider the Application and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Court may enter a final order on the Application pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§1408 and 1409, and (d) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. The Law Office of William J. Factor, Ltd. ("FactorLaw") is hereby awarded and allowed fees of $4,265.00 for professional services rendered by FactorLaw as counsel, and $123.34 as reimbursement for necessary expenses incurred, for Geralex, Inc. (the "Debtor"), during the period of March 1, 2017 through March 30, 2017.

2. The Court hereby allows on a final basis fees and expenses for FactorLaw in the amounts of $59,307.50 and $320.33, respectively (inclusive of the Compensation and Expenses), for the period from February 26, 2016, through March 30, 2017 (the "Final Allowed Compensation and Expenses").

3. The amounts awarded to FactorLaw hereunder are allowed costs of administration under 11 U.S.C. § 503(a)(2).

4. The Reorganized Debtor is allowed to pay the Final Allowed Compensation and Expenses as provided for in the confirmed plan of reorganization.

Enter:     /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 22, 2017

**Prepared by:**

William J. Factor (6205675)
FactorLaw
105 W. Madison St., Ste. 1500
Chicago, Illinois 60602
Tel: (312) 878-6146
wfactor@wfactorlaw.com