UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Geralex, Inc.<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 16-06479<br><br>Chapter: 11<br>Honorable Pamela S. Hollis<br><br>Adv. No.: |

**Order Granting Motion for Entry of Final Decree Closing Chapter 11 Case**

Upon motion filed by Geralex, Inc., for entry of a final decree closing this chapter 11 case; this Court having jurisdiction over the matters set forth in the motion; notice of the motion being appropriate under the circumstances and no further notice being required; good cause existing to grant the relief requested in the motion; and the estate of the above named debtor having been fully administered; IT IS HEREBY ORDERED THAT:

1. The motion is granted as provided herein;

2. The chapter 11 case of the above-named debtor is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 14, 2017

**Prepared by:**

William J. Factor (6205675)
Z. James Liu (6313367)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jliu@wfactorlaw.com